**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABERDEEN CITY COUNCIL AS ADMINISTRATING AUTHORITY FOR THE NORTH EAST SCOTLAND PENSION FUND, MONROE COUNTY EMPLOYEES' RETIREMENT SYSTEM, and KBC ASSET MANAGEMENT NV<br>c/o Robbins Geller Rudman & Dowd LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101,<br><br>       Petitioners,<br><br>vs.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street NE<br>Washington, DC  20549<br><br>       Respondent. | Misc. No.<br><br>CASE IN OTHER COURT:<br>*In re Under Armour Securities Litigation*, Civil No. RDB-17-388 (D. Md.) |

**NOTICE OF MOTION AND MOTION TO COMPEL**
**THIRD-PARTY UNITED STATES SECURITIES**
**AND EXCHANGE COMMISSION'S COMPLIANCE WITH SUBPOENA**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that Petitioners Aberdeen City Council as Administrating Authority for the North East Scotland Pension Fund, Monroe County Employees' Retirement System, and KBC Asset Management NV move to compel third-party United States Securities and Exchange Commission ("SEC") to produce documents responsive to Petitioners' subpoena issued in *In re Under Armour Securities Litigation*, Civil Action No. RDB-17-388 (D. Md.).

  This motion is based upon this notice of motion and motion, the memorandum of points and authorities in support thereof, the accompanying Declaration of Juan Carlos Sanchez in Support of Motion to Compel Compliance with Subpoena, and such other matters and arguments as the Court may consider in the hearing of this motion. Prior to the filing of this motion, Plaintiff

and third-party SEC conferred in good faith via telephone and email on multiple occasions to resolve this discovery dispute but were unable to do so.

DATED: March 17, 2022    Respectfully Submitted,

**SILVERMAN THOMPSON SLUTKIN & WHITE LLC**

/s/ William N. Sinclair
WILLIAM N. SINCLAIR (Bar No. 500799)
400 E. Pratt St., Suite 900
Baltimore, MD 21201
Telephone: 410/385-2225
410/547-2432 (fax)
bsinclair@silvermanthompson.com

*Counsel for Petitioners*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2022, a copy of the foregoing Notice of Motion and Motion to Compel was served *via* the Court's CM/ECF system on all properly registered parties and counsel.

                                        /s/ William N. Sinclair
                                      William N. Sinclair (D.C. Bar No. 500799)