| Attorney or Party without Attorney: William N. Sinclair, Esq.<br>Silverman Thompson Slutkin<br>400 E Pratt St., Suite 900<br>Baltimore, MD 21201<br>Telephone No: 410-385-2225    FAX No: 410-547-2432 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - District of Columbia

Plaintiff: Aberdeen City Council, et al.
Defendant: United States Securities and Exchnage Commision

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div.: | Case Number: 22MC00035 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Motion for Leave to File Under Seal; Notice of Motion and Motion to Compel Third-Party US SEC Compliance with Subpoena; Declaration of Juan Carlos Sanchez In Support of Petitioners' Motion to Compel; Petitioners' Memorandum of Points and Authorities In Support of Motion to Compel; [Proposed] Order Granting Motion for Leave to File Under Seal; [Proposed] Order Granting Motion to Compel; Notice of Designation of Related Case

3. a. Party served: United States Securities and Exchange Commission
   b. Person served: James Moreland, Person Auithorized to Accept Service

4. Address where the party was served: c/o Office of the General Counsel
   100 F Street, NE
   Washington, DC 20549

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Mar. 23, 2022 (2) at: 2:04PM

7. **Person Who Served Papers:**
   a. Daniela Nunez
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of WASHINGTON, DC that the foregoing is true and correct.

3/24/22       (Signature) Daniela Nunez

8. STATE OF WASHINGTON, DC, COUNTY OF _N/A_

Subscribed and sworn to (or affirmed) before me on this __25__ day of __March__, _____ by Daniela Nunez proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Brandon Snesko
Notary Public, District of Columbia
My Commission Expires 9/14/2026

AFFIDAVIT OF SERVICE

wisin.231176